# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Jaynes Corporation ) ASBCA No. 58675
)
Under Contract No. W912P1-10-C-0031 )

APPEARANCE FOR THE APPELLANT: Judith Ward Mattox, Esq.
  Colorado Springs, CO

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Burke S. Large, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Los Angeles

## ORDER OF DISMISSAL

Having settled the appeal, the parties agree that the appeal may be dismissed without prejudice pursuant to Board Rule 30. Accordingly the appeal is dismissed without prejudice. Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 4 February 2014

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58675, Appeal of Jaynes Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals